Millie Stokes, Appellee, v. C. A. Hansberry, Appellant.

Gen. No. 41,767.

Heard in second division, first district,

196

this court; opinion filed March 24, 1942. Prescott, Burroughs & Taylor, for appellant; A. M. Burroughs and Patrick B. Prescott, Jr., of counsel; Philip Conley, for appellee. Opinion by JUSTICE FRIEND. "Not to be published in full."